# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: ELIZABETH COWAN WRIGHT |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 25-cr-409 (NEB/SGE) |
| | ) | Date: October 23, 2025 |
| Jonathan Weinhagen, | ) | Courthouse: St. Paul |
| | ) | Courtroom: 3C |
| Defendant. | ) | Time Commenced: 1:40 p.m. |
| | ) | Time Concluded: 1:55 p.m. |
| | ) | Time in Court: 15 minutes |

APPEARANCES:

Plaintiff: Matthew Murphy, Assistant U.S. Attorney
Defendant: Joseph Dixon
  X Appointed for purposes of today.
  X Defendant intends to retain Mr. Dixon.

Date Charges Filed: October 22, 2025  Offense: wire fraud; mail fraud; attempted bank fraud; false statement in loan application.

  X Advised of Rights

on X Indictment

X Unsecured bond in the amount of $25,000 set, see Order Setting Conditions of Release

Next appearance date is TBD before U.S. Magistrate Judge Shannon G. Elkins for:
  X Arraignment

X Government moves to unseal the case.  X Granted

Additional Information:
X Oral Rule5(f) Brady notice read on the record.
X Consular notice read on the record.

                  _s/nah_
                 Signature of Courtroom Deputy