REC'D U.S. MARSHAL MPLS
OCT 22 '25 PM 2:51

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

~~UNSEALED~~

| United States of America | ) |
|---|---|
| v. | ) Case No. CR 25- 409 NEB/SGE |
| Jonathan Weinhagen | ) |
| Defendant | ) |

**RECEIVED**
OCT 31 2025
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Jonathan Weinhagen,

who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court
☐ Pretrial Release Violation Petition

This offense is briefly described as follows:
Counts 1-2: Wire Fraud 18:1343
Count 3: Mail Fraud 18:1341
Count 4: Attempted Bank Fraud 18:1344
Count 5: False Statement in Loan Application 18:1014

SCANNED
OCT 31 2025
U.S. DISTRICT COURT MPLS

Date: 10/22/2025

*Issuing officer's signature*

City and state:   Minneapolis, Minnesota

Kate M. Fogarty, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____
ARRESTED ON 10/23/2025
ARRESTED BY USPIS
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY _____

*Arresting officer's signature*

*Printed name and title*