**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

JONATHAN WEINHAGEN,
aka James Sullivan,

Defendant.

Case No. 25-CR-409 (NEB/SGE)

PRELIMINARY ORDER OF FORFEITURE

---

Based on the United States' Motion for a Preliminary Order of Forfeiture; on the Indictment and the Plea Agreement entered into between the United States and Defendant Jonathan Weinhagen; and on the Court having found that certain property is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) in conjunction with 28 U.S.C. § 2461(c), the United States has established the requisite nexus between such property and the offenses to which the Defendant has been found guilty,

IT IS HEREBY ORDERED that:

1. The United States' Motion for a Preliminary Order of Forfeiture (ECF No. 27) is GRANTED;

2. A money judgment forfeiture is entered against Defendant Weinhagen pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) in the amount $203,201;

3. Defendant shall receive a credit against the money judgment forfeiture for the net forfeited value of each asset that is forfeited from him in connection with this case;

4. Defendant is ordered to forfeit, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and FED. R. CRIM. P. 32.2(b)(2)(C), any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of Count 3 of the Superseding Indictment;

5. Pursuant to FED. R. CRIM. P. 32.2(b)(3) and (c)(1)(B), and 21 U.S.C. § 853(m), the United States may conduct discovery as to Defendant to identify property subject to forfeiture under the terms of this order and to address any factual issues raised by a third-party petition filed pursuant to FED. R. CRIM. P. 32.2(c);

6. The United States shall, pursuant to 21 U.S.C. § 853(n)(1), as incorporated by 28 U.S.C. § 2461(c), publish and give notice of this Order and its intent to dispose of the Property in such manner as the Attorney General may direct;

7. Pursuant to FED. R. CRIM. P. 32.2(b)(4)(A) and (B), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing, and shall be made a part of the sentence and included in the judgment; and,

8. This Court shall retain jurisdiction to enforce this Order, and to amend it as necessary pursuant to FED. R. CRIM. P. 32.2(e).

Dated: October 14, 2026

s/Nancy E. Brasel
NANCY E. BRASEL
United States District Judge